In the Matter of Alice R. O'Keefe, Appellant, for a Writ of Mandamus, v. William H. Maxwell, as City Superintendent of Schools of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William H. Walker, Appellant, v. John F. Ahearn, as President of the Borough of Manhattan (George McAneny, as Such President Substituted in the Place of Said John F. Ahearn), Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James F. Hannigan, Respondent, v. Frank A. Keeney, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Morris Salomon, Appellant, v. North British and Mercantile Insurance Company of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Belle Brand, Respondent, v. Jacob Glockner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Howard J. Smith and Howard G. Smith, Copartners, under the Firm Name and Style of Howard J. Smith & Son, Respondents, v. The City of New York and Others, Impleaded with Mark H. Cohen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Howard J. Smith and Howard G. Smith, Copartners, under the Firm Name and Style of Howard J. Smith & Son, Respondents, v. The City of New York and Others, Impleaded with Isaac Roth, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Engineer Company, Appellant, v. The Heermance Storage and Refrigerating Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Marie Louise Bigelow Owen, Respondent, v. Arthur E. Stilwell, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ida K. Roesler, Respondent, v. Herman Roesler, Appellant.— Order modified as provided in order, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Clarke and Miller, JJ., dissented.

Percival L. Harden, Respondent, v. William T. Hoops, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Marie Berta, Appellant, v. Marc Klaw and Abraham Erlanger, Copartners, Doing Business under the Firm Name and Style of Klaw & Erlanger, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Simon Anhalt, Appellant, v. James Burrell, Respondent, and Thomas Burrell, Defendant, Doing Business under the Firm Name and Style of Burrell Brothers.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the defendant did not satisfactorily excuse his default.

Harry C. Palmer v. Gustav Bok.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Bridget B. Kelly v. Postal Life Insurance Company.— Motion to dismiss appeal granted, with ten dollars costs.